# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
KECK CO INC                               §        Case No. 09-11144
                                          §
          Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

EVERETT B. SASLOW, JR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                .  The case was pending for      months.

5)  A copy of the final bank statement of the estate, reflecting a zero balance has been submitted to the United States Bankruptcy Administrator.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/EVERETT B. SASLOW, JR. _____
                                                                    Trustee

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EQUIPMENT AND INVENTORY | 1129-000 | 20,137.50 |
| TRUCKS, TRAILERS, TITLED GOODS | 1129-000 | 22,475.00 |
| GENWORTH LIFE POLICY UPON ANDY CORBETT 6506417 | 1229-000 | 4,607.33 |
| GENWORTH LIFE POLICY UPON DAVID GILLESPIE 6506421 | 1229-000 | 1,191.58 |
| GENWORTH LIFE POLICY UPON KEN WESTBROOKS 6506425 | 1229-000 | 2,129.13 |
| AVOIDANCE CLAIM AGAINST MCGEE BROTHERS CO., INC. | 1241-000 | 7,500.00 |
| AVOIDANCE CLAIM AGAINST CALLAWAY INDUSTRIAL | 1241-000 | 6,250.00 |
| Post-Petition Interest Deposits | 1270-000 | 14.06 |
| MISCELLANEOUS EXCESS DIVIDENDS | 1290-000 | 62.84 |
| **TOTAL GROSS RECEIPTS** | | $ 64,367.44 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CommunityOne Bank 1128 South Main Street Graham, NC 27253 | | | | | |
| | CommunityOne Bank 1128 South Main Street Graham, NC 27253 | | | | | |
| | CommunityOne Bank 1128 South Main Street Graham, NC 27253 | | | | | |
| | CommunityOne Bank 1128 South Main Street Graham, NC 27253 | | | | | |
| | GMAC P O Box 9001948 Louisville, KY 40290-1948 | | | | | |
| 000038 | COMMUNITYONE BANK, N.A. | | | | | |
| 000049 | GMAC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000029B | ALAMANCE COUNTY TAX DEPT | | | | | |
| 000058 | CRAWFORD SPRINKLER CO. OF RALEIGH, | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EVERETT B. SASLOW, JR. | | | | | |
| EVERETT B. SASLOW, JR. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| OLIVER, CAROL | | | | | |
| CITY OF BURLINGTON | | | | | |
| CITY OF BURLINGTON | | | | | |
| DUKE ENERGY | | | | | |
| DUKE ENERGY | | | | | |
| UNITED STATES BANKRUPTCY COURT | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COMPUTER RESOURCES OF N.C., L.L.P. | | | | | |
| HILL EVANS JORDAN & BEATTY | | | | | |
| ACTION AUCTIONS, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | North Carolina Department of Revenue Attn: Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | UNITED HEALTHCARE INSURANCE COMPANY | | | | | |
| 000029C | ALAMANCE COUNTY TAX DEPT | | | | | |
| 000052B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A & S Building Systems P O Box 100130 Atlanta, GA 30384-0130 | | | | | |
| | A1 Paint & Wallcovering P O Box 4217 Archdale, NC 27263 | | | | | |
| | Affordable Glass, Inc. 2225 Walter Andrews Road Graham, NC 27253 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Air Charlotte Services, Inc. 717-A Atando Avenue Charlotte, NC 28206 | | | | | |
| | Alamance Lumber Co. P O Box 271 Burlington, NC 27216 | | | | | |
| | Allen Ray Siding 1181 Mountainside Lane Burlington, NC 27217 | | | | | |
| | Allied Roofing Company P O Box 886 Kernersville, NC 27284 | | | | | |
| | Anderson & Associates 100 Ardmore Street Blacksburg, VA 24060 | | | | | |
| | Ariel Masonry Co. 117 Forest Avenue Burlington, NC 27215 | | | | | |
| | Arrow Disposal P O Box 472 Harrisburg, NC 28075 | | | | | |
| | Ashtom Corp P O Box 1035 Matthews, NC 28106 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Sprinkler Co P O Box 16146 Greensboro, NC 27416 | | | | | |
| | Bay Insulation of NC 1015 E. Springfield Drive High Point, NC 27263 | | | | | |
| | Beth Foust 1991 Webster Grove Dirve Mebane, NC 27302 | | | | | |
| | Binswanger Glass Co. 1424A North Church Street Burlington, NC 27217 | | | | | |
| | Breslow Starling Frost et al P O Box 10345 Greensboro, NC 27404 | | | | | |
| | Buckhorn Garden Center 6405 West Ten Road Mebane, NC 27302 | | | | | |
| | CD Spivey Refrigeration P O Box 77123 Greensboro, NC 27417 | | | | | |
| | Callaway Industrial Services P O Box 3128 Mooresville, NC 28117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Canter Electric Co. 2100 Fairfax Road Greensboro, NC 27407 | | | | | |
| | Carol Oliver 1200 Shamrock Drive Burlington, NC 27215 | | | | | |
| | Cemex P O Box 905875 Charlotte, NC 28290-5875 | | | | | |
| | Champion Fabricators P O Box 730 Burlington, NC 27216 | | | | | |
| | Clearwater Springs 251 Road Mebane, NC 27302 | | | | | |
| | Climate East P O Box 189 Simpson, NC 27879 | | | | | |
| | Cobalt Plumbing 251 Daffodil Lane Clayton, NC 27527 | | | | | |
| | Coble Sandrock 5833 Foster Store Road Liberty, NC 27298 | | | | | |
| | Construction Employment Management P O Box 1456 Greensboro, NC 27402 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Contractors Service Group P O Box 1268 Jamestown, NC 27282 | | | | | |
| | Dan Gillespie 3830 Windstream Way Jamestown, NC 27282 | | | | | |
| | Dan Gillespie 3830 Windstream Way Jamestown, NC 27282 | | | | | |
| | ECS Electric 297 Sand Dune Lane Holden Beach, NC 28462 | | | | | |
| | Erie Insurance Group 100 Erie Insurance Place Erie, PA 16530-1105 | | | | | |
| | Fire Sprinkler Service P O Box 4536 Eden, NC 27289 | | | | | |
| | Geralyn Scott 595 Yadkin Road Southern Pines, NC 28387 | | | | | |
| | Glenworth Life P O Box 79314 Baltimore, MD 21279-0314 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Glosson Refrigeration & Electrical Serv P O Box 304 Graham, NC 27253 | | | | | |
| | Greensboro Credit Bureau P. O. Box 26140 Greensboro, NC 27402 | | | | | |
| | Guaranteed Supply Co. P. O. Box 36030 Greensboro, NC 27416 | | | | | |
| | Harvel Construction Co P O Box 1715 Southern Pines, NC 28388 | | | | | |
| | Home Depot P O Box 9055 Des Moines, IA 50368-9055 | | | | | |
| | J. P. Diaz P O Box 96 Advance, NC 27006 | | | | | |
| | Jacksonville Heating Contractors 1206 Gum Branch Road Jacksonville, NC 28540 | | | | | |
| | Jefferies Safety P O Box 487 Elon, NC 27244 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Johnny's Plumbing Repair P O Box 3461 Burlington, NC 27216 | | | | | |
| | Johnson Controls P O Box 905240 Charlotte, NC 28290-5240 | | | | | |
| | Kemco of Burlington P O Box 475 Gibsonville, NC 27249 | | | | | |
| | Kenneth A. Westbrooks 467 McCray Road Burlington, NC 27217 | | | | | |
| | Labor Ready P O Box 641034 Pittsburgh, PA 15264-1034 | | | | | |
| | Landmark Surveying 109C East Harden Street Graham, NC 27253 | | | | | |
| | Lloyd Grading & Utility 227 Opus Way Chapel Hill, NC 27516 | | | | | |
| | Lowe's Companies, Inc. P O Box 281791 Atlanta, GA 30384-1791 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Malachi House Attn Cliff Lovick 507 Balboa Street Greensboro, NC 27401 | | | | | |
| | Mecklenburg County P O Box 70883 Charlotte, NC 28272-0883 | | | | | |
| | New Horizons Contracting 2137 North Sharon Amity Road Charlotte, NC 28205 | | | | | |
| | North Star Painting 4995 Heritage Woods Drive Greensboro, NC 27407 | | | | | |
| | Oakley Paint & Paper 2523 Tucker Street Extension Burlington, NC 27215 | | | | | |
| | Office Max P. O. Box 9020 Des Moines, IA 50318 | | | | | |
| | Oldcasstle Architectural, Inc. P.O. Box 281479 Atlanta, GA 30384-1479 | | | | | |
| | Procom Flooring 3720 Alliance Drive Suite D Greensboro, NC 27407 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Q I Renn 2909 Manufacturers Road Greensboro, NC 27406 | | | | | |
| | RSC Equipment Rental 3800 N Patterson Avenue Winston Salem, NC 27105 | | | | | |
| | Safety Meetings Outlines P O Box 700 Frankfort, IL 60423 | | | | | |
| | Southern Tire Sales 615 Chapel Hill Road Burlington, NC 27215 | | | | | |
| | Staples P O Box 6721 The Lakes, NV 88901-6721 | | | | | |
| | Stock Building Supply P O Box 404934 Atlanta, GA 30384-4934 | | | | | |
| | Sunbelt Rentals P. O. Box 409211 Atlanta, GA 30384 | | | | | |
| | T & M Interiors 14830 Shopton Road West Charlotte, NC 28278 | | | | | |
| | Timco Enterprises 3028 S NC Highway 119 Mebane, NC 27302 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tommy Hulsey 1273 Joel Road Carthage, NC 28327 | | | | | |
| | Total Plastics 23559 Network Place Chicago, IL 60673-1235 | | | | | |
| | Triad Business Solutions 300 Lowdermilk Street Greensboro, NC 27401 | | | | | |
| | Twin City Sprinkler P O Box 10658 Winston Salem, NC 27108 | | | | | |
| | United Health Care Department CH 10151 Palatine, IL 60055-0151 | | | | | |
| | WCA of NC 5830 Riverdale Drive Jamestown, NC 27282 | | | | | |
| | Waste Management P O Box 830003 Baltimore, MD 21283-0003 | | | | | |
| | Whirlwind Steel Buildings P O Box 75280 Houston, TX 77234-5280 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | William A. Corbett, Jr. 2473 Deep Creek Church Road Burlington, NC 27217 |  |  |  |  |  |
|  | Woody Concrete 1965 McCray Road Burlington, NC 27217 |  |  |  |  |  |
|  | Worsham Sprinkler Co 2745 Whitehall Park Drive Suite B Charlotte, NC 28273 |  |  |  |  |  |
| 000033 | A SANI CAN SERVICE |  |  |  |  |  |
| 000081 | A1 PAINT & WALLCOVERING |  |  |  |  |  |
| 000071 | AA BUILDING SYSTEMS |  |  |  |  |  |
| 000084 | ACCENT MARBLE & TILE, INC. |  |  |  |  |  |
| 000029A | ALAMANCE COUNTY TAX DEPT |  |  |  |  |  |
| 000013 | ALAMANCE OIL COMPANY |  |  |  |  |  |
| 000063 | ALAMANCE PAVING CO. |  |  |  |  |  |
| 000008 | ALLEN RAY SIDING |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000045 | ATLANTECH DISTRIBUTION | | | | | |
| 000061 | BECO ELECTRIC | | | | | |
| 000042 | BPS WASTE DISPOSAL | | | | | |
| 000082 | BUD CAPPS GRADING | | | | | |
| 000025 | CANCO WASTE MANAGEMENT | | | | | |
| 000022 | CANTER ELECTRIC CO. | | | | | |
| 000078 | CAPITAL ONE AUTO FINANCE | | | | | |
| 000015 | CARNELL GOLDSTONE & SONS | | | | | |
| 000044 | CITY OF GREENSBORO | | | | | |
| 000057 | CLIFTON LLOYD | | | | | |
| 000068 | COLEMAN ROOFING | | | | | |
| 000020 | COLONIAL MATERIALS, INC. | | | | | |
| 000038 | COMMUNITYONE BANK, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | CONTRACTORS SERVICE GROUP | | | | | |
| 000069 | COX RIGGING | | | | | |
| 000035 | CRS BUILDING AUTOMATION | | | | | |
| 000021 | DAVIS MARTIN POWELL & ASSOC | | | | | |
| 000001 | DOBBINS ELECTRIC CO. | | | | | |
| 000039 | DON HALL HEATING & COOLING | | | | | |
| 000003 | DUKE ENERGY | | | | | |
| 000011 | DUNCAN PURNELL | | | | | |
| 000051 | EE WILSON FLOOR COVERING | | | | | |
| 000055 | ENGINEERING CONSULTANT SERVICE | | | | | |
| 000079 | EXTREME CABINETRY & FURNITURE | | | | | |
| 000064 | FASTENEL CO. | | | | | |
| 000030A | FIDELITY BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000030B | FIDELITY BANK | | | | | |
| 000047 | FIRE SPRINKLER SERVICE, LLC | | | | | |
| 000086 | FIRE SPRINKLER SERVICE, LLC | | | | | |
| 000019 | G W UNDERWOOD PAVING | | | | | |
| 000040 | GLENN MEREDITH SEPTIC TANK | | | | | |
| 000074 | H A MULLIS PLUMBING | | | | | |
| 000037 | HARDWARE DISTRIBUTORS | | | | | |
| 000053 | HAROLD MOODY | | | | | |
| 000027 | HERTZ | | | | | |
| 000065 | HODGES TRIAD ELECTRIC | | | | | |
| 000072 | HOUSEHOLD BUILDING SYSTEMS, INC. | | | | | |
| 000004 | INTERIOR DISTRIBUTORS, AN AFFILATE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000052A | INTERNAL REVENUE SERVICE | | | | | |
| 000085 | JOHN J OATS PLUMBING CO, INC. | | | | | |
| 000010 | KAY HEATING & AIR | | | | | |
| 000059 | KENNETH A. WESTBROOKS | | | | | |
| 000062 | KEYSTONE R&C, INC. | | | | | |
| 000014 | KLM DRYWALL & ACOUSTICAL | | | | | |
| 000006 | MCGEE BROTHERS COMPANY, INC. | | | | | |
| 000083 | MILLER GRADING | | | | | |
| 000017 | MODULAR DESIGNS | | | | | |
| 000018 | MONSTER | | | | | |
| 000054 | MOON'S FLOORING, INC. | | | | | |
| 000067 | MOORE COUNTY SOLID WASTE | | | | | |
| 000048 | MORGAN MECHANICAL CONTRACTORS, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000087 | MORGAN MECHANICAL CONTRACTORS, INC. | | | | | |
| 000080 | NEXSEN PRUET, PLLC | | | | | |
| 000076 | OVERHEAD DOOR OF GSO | | | | | |
| 000056 | PARKER PLUMBING | | | | | |
| 000046 | PIEDMONT PORTABLES | | | | | |
| 000012 | PORTA JON | | | | | |
| 000028 | RD GRAHAM ELECTRIC, INC. | | | | | |
| 000031 | REAVES DRYWALL | | | | | |
| 000026 | ROBERT C. CANTER | | | | | |
| 000007 | RYDER TRUCK RENTAL, INC | | | | | |
| 000070 | S H BASNIGHT & SONS | | | | | |
| 000036 | SENTRY ELECTRIC AND CONTROLS | | | | | |
| 000023 | SHAFFER CABINET WORKS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000077 | SHIELDS LAND, LLC | | | | | |
| 000002 | SIMPLEXGRINNELL | | | | | |
| 000073 | SMITH AND SMITH SURVEYORS | | | | | |
| 000032 | SOUTHERN PHOTO & PRINT | | | | | |
| 000060 | TAILORED FOAM, INC. | | | | | |
| 000024 | TEMP CONTROL | | | | | |
| 000041 | THE BURNS GROUP | | | | | |
| 000034 | TOMMY HULSEY | | | | | |
| 000016 | TRI CITY CONTRACTORS | | | | | |
| 000075 | TRI-CITY CONTRACTORS, INC. | | | | | |
| 000066 | WALL TURNER HEATING & COOLING | | | | | |
| 000043 | WECO CONCRETE | | | | | |
| 000050 | WILLIE SAUL & SON PLUMBING | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

Exhibit A-Form 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

**Exhibit 8**

Case No:    09-11144    WLS  Judge: WILLIAM L. STOCKS

Case Name:    KECK CO INC

For Period Ending: 03/14/11

Trustee Name:  EVERETT B. SASLOW, JR.

Date Filed (f) or Converted (c):  06/23/09 (f)

341(a) Meeting Date:    07/27/09

Claims Bar Date:    10/28/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. EQUIPMENT AND INVENTORY — Sold at public auction per Court Order; subject to creditor's lien per docket document 17 | 326,259.17 | 20,137.50 | | 20,137.50 | FA |
| 2. TRUCKS, TRAILERS, TITLED GOODS — Sold at public auction per Court Order; not subject to creditor's lien. | Unknown | 0.00 | | 22,475.00 | FA |
| 3. ACCOUNTS RECEIVABLE FROM KECK ACQUISITION — Account debtor in Chapter 7 bankruptcy; subject to creditor lien | 1,313,426.93 | 0.00 | DA | 0.00 | 0.00 |
| 4. ACCOUNTS RECEIVABLE FROM EVCO — Third tier subs have liens on funds exceeding balance due; fully encumbered by lien of secured lender | 21,576.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. ACCOUNTS RECEIVABLE FROM FABRIZZIO CONSTRUCTION — Fully encumbered by lien of secured lender | 54,825.60 | Unknown | DA | 0.00 | 0.00 |
| 6. ACCOUNTS RECEIVABLE FROM JTL PROPERTIES — Fully encumbered by lien of secured lender | 2,307.42 | 0.00 | DA | 0.00 | 0.00 |
| 7. ACCOUNTS RECEIVABLE FROM LINDLEY PROPERTIES — Fully encumbered by lien of secured lender | 1,538.40 | 0.00 | DA | 0.00 | 0.00 |
| 8. ACCOUNTS RECEIVABLE FROM LOWE — Paid in full per Kenneth Westbrooks; fully encumbered by lien of secured lender | 5,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 9. ACCOUNTS RECEIVABLE FROM MALACHI HOUSE — Fully encumbered by lien of secured lender | 58,400.00 | Unknown | DA | 0.00 | 0.00 |
| 10. ACCOUNTS RECEIVABLE FROM RICH & THOMPSON — Fully encumbered by lien of secured lender | 1,483.94 | 0.00 | DA | 0.00 | 0.00 |
| 11. ACCOUNTS RECEIVABLE FROM SUBWAY JAMESTOWN — Disputed by Atty. Billy Edwards; subcontractors lien claims exceed balances due; fully encumbered by lien of secured lender | 3,394.00 | 0.00 | DA | 0.00 | 0.00 |
| 12. ACCOUNTS RECEIVABLE FROM GERALYN SCOTT — Cool Vibe LLC; fully encumbered by lien of secured lender | 28,371.00 | 0.00 | DA | 0.00 | 0.00 |
| 13. ACCOUNTS RECEIVABLE FROM STEVE SHIELDS — Lien claims exceed balance due; fully encumbered by lien of secured lender | 86,313.25 | 0.00 | DA | 0.00 | 0.00 |
| 14. ACCOUNTS RECEIVABLE FROM DR. REID WOODARD — Disputed by customer; fully encumbered by lien of secured lender | 2,325.21 | 0.00 | DA | 0.00 | 0.00 |
| 15. ACCOUNTS RECEIVABLE FROM HUNGRY HOWIES | 5,000.00 | 0.00 | DA | 0.00 | 0.00 |

Exhibit A-Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

**Exhibit 8**

Case No:    09-11144    WLS    Judge: WILLIAM L. STOCKS

Case Name:    KECK CO INC

Trustee Name:    EVERETT B. SASLOW, JR.

Date Filed (f) or Converted (c):    06/23/09 (f)

341(a) Meeting Date:    07/27/09

Claims Bar Date:    10/28/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Disputed by Sher/Megadough; fully encumbered by lien of secured lender 16. ACCOUNTS RECEIVABLE FROM INCOM RESTORATIONS | 25,003.63 | 0.00 | DA | 0.00 | 0.00 |
| Customer in bankruptcy; fully encumbered by lien of secured lender 17. ACCOUNTS RECEIVABLE FROM EVANGEL WORLD MINISTRIES | 30,469.79 | 0.00 | DA | 0.00 | 0.00 |
| Concrete sub has lien exceeding balance due; fully encumbered by lien of secured lender 18. GENWORTH LIFE POLICY UPON ANDY CORBETT 6506417 (u) | 0.00 | 4,607.33 | | 4,607.33 | FA |
| 19. GENWORTH LIFE POLICY UPON DAVID GILLESPIE 6506421 (u) | 0.00 | 1,191.58 | | 1,191.58 | FA |
| 20. GENWORTH LIFE POLICY UPON KEN WESTBROOKS 6506425 (u) | 0.00 | 2,129.13 | | 2,129.13 | FA |
| 21. MISCELLANEOUS EXCESS DIVIDENDS (u) | 0.00 | 62.84 | | 62.84 | FA |
| 22. AVOIDANCE CLAIM AGAINST MCGEE BROTHERS CO., INC. (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 23. AVOIDANCE CLAIM AGAINST CALLAWAY INDUSTRIAL (u) | 0.00 | 6,250.00 | | 6,250.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.06 | Unknown |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,966,194.34    $41,878.38    $64,367.44    $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has filed the Trustee's Final Report (TFR) with Supplement, the Notice of Trustee's Final Report and Applications for Compensation, and the Application for Final Allowance of Compensation for Attorney for Trustee.

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/10

/s/    EVERETT B. SASLOW, JR.

_____    Date: _____

EVERETT B. SASLOW, JR.

**Exhibit B-Form 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 09-11144 -WLS |
| Case Name: | KECK CO INC |
| Taxpayer ID No: | *******7743 |
| For Period Ending: | 03/14/11 |

| | |
|---|---|
| Trustee Name: | EVERETT B. SASLOW, JR. |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0399 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 1,698,900.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 09/03/09 | 1, 2 | ACTION AUCTIONS, INC. 5313 SOLAR PLACE GREENSBORO, NC 27406 | PROCEEDS OF 8/21/09 AUCTION | 42,612.50 | | 42,612.50 |
| 09/03/09 | 18 | GENWORTH LIFE AND ANNUITY INSURANCE COMPANY POST OFFICE BOX 10720 LYNCHBURG, VA 24506-0720 | SURRENDER VALUE OF CORBETT POLICY | 4,607.33 | | 47,219.83 |
| 09/03/09 | 19 | GENWORTH LIFE AND ANNUITY INSURANCE COMPANY POST OFFICE BOX 10720 LYNCHBURG, VA 24506-0720 | SURRENDER VALUE OF GILLESPIE POLICY | 1,191.58 | | 48,411.41 |
| 09/03/09 | 20 | GENWORTH LIFE AND ANNUITY INSURANCE COMPANY POST OFFICE BOX 10720 LYNCHBURG, VA 24506-0720 | SURRENDER VALUE WESTBROOKS POLICY | 2,129.13 | | 50,540.54 |
| 09/11/09 | 000101 | DUKE ENERGY POST OFFICE BOX 70516 CHARLOTTE, NC 28272-0516 | Final utility account billing; account # 1515034739 | | 177.60 | 50,362.94 |
| 09/11/09 | 000102 | COMPUTER RESOURCES OF N.C., L.L.P. POST OFFICE BOX 10523 GREENSBORO, NC 27404-0523 | BACK UP ACCOUNTING FILES AND OTHER DOCUMENTS | | 245.00 | 50,117.94 |
| 09/11/09 | 000103 | CAROL OLIVER 1200 SHAMROCK DRIVE BURLINGTON, NC 27215 | Administrative claim for post-petition rent | | 2,060.00 | 48,057.94 |
| 09/11/09 | | Transfer to Acct #*******0412 | Bank Funds Transfer | | 173.72 | 47,884.22 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1.11 | | 47,885.33 |
| 10/09/09 | 000104 | ACTION AUCTIONS, INC. 5313 SOLAR PLACE GREENSBORO, NC 27406 | Compensation and expense reimbursement per Order Granting Application for Allowance of Compensation and Reimbursement of Expenses to Auctioneer dated October 7, 2009 | | 9,259.01 | 38,626.32 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1.10 | | 38,627.42 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.95 | | 38,628.37 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.98 | | 38,629.35 |
| 01/08/10 | 21 | LORD ABBETT POST OFFICE BOX 219336 KANSAS CITY, MO 64121 | EXCESS DIVIDEND | 0.13 | | 38,629.48 |
| 01/08/10 | 21 | LORD ABBETT POST OFFICE BOX 219336 KANSAS CITY, MO 64121 | EXCESS DIVIDEND | 26.63 | | 38,656.11 |
| 01/11/10 | 21 | LORD ABBETT POST OFFICE BOX 219336 KANSAS CITY, MO 64121 | EXCESS DIVIDEND | 36.08 | | 38,692.19 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.98 | | 38,693.17 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.89 | | 38,694.06 |
| 03/22/10 | 000105 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LOUISIANA 70139 | Prorated premium Chapter 7 blanket bond, Bond #016036434 | | 53.15 | 38,640.91 |

**Exhibit B-Form 2**

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

# Exhibit 9

| | |
|---|---|
| Case No: | 09-11144 -WLS |
| Case Name: | KECK CO INC |
| Taxpayer ID No: | *******7743 |
| For Period Ending: | 03/14/11 |

| | |
|---|---|
| Trustee Name: | EVERETT B. SASLOW, JR. |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0399  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 1,698,900.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.99 | | 38,641.90 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.95 | | 38,642.85 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.98 | | 38,643.83 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 0.96 | | 38,644.79 |
| 07/14/10 | 22 | FRASSINETI & GLOVER (MCGEE BROTHERS CO., INC.) POST OFFICE DRAWER 1799 GREENSBORO, NC 27402 | RETURN OF PREFERENTIAL PAYMENT | 7,500.00 | | 46,144.79 |
| 07/26/10 | 000106 | CommunityOne Bank, N.A. c/o Walt Pettit 2701 Coltsgate Road Suite 300 Charlotte, NC 28211 | Account Number 3102 Disbursement of funds to secured creditor pursuant to Order Granting Motion by Trustee to Authorize Disbursement of Certain Net Auction  Sales Proceeds to CommunityOne Bank, N.A., as Secured Creditor dated July 22, 2010 Disbursement of funds to secured creditor pursuant to Order Granting Motion by Trustee to Authorize Disbursement of Certain Net Auction  Sales Proceeds to CommunityOne Bank, N.A., as Secured Creditor dated July 22, 2010 | | 10,046.55 | 36,098.24 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1.06 | | 36,099.30 |
| 08/04/10 | 23 | CALLAWAY INDUSTRIAL SERVICES POST OFFICE BOX 3128 MOORESVILLE, NC 28117 | RETURN OF PREFERENTIAL PAYMENT | 6,250.00 | | 42,349.30 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1.96 | | 42,351.26 |
| 09/17/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1.15 | | 42,352.41 |
| 12/17/10 | 000107 | EVERETT B. SASLOW, JR. P.O. BOX 989 GREENSBORO, NC  27402 | Chapter 7 Compensation/Fees | | 6,468.37 | 35,884.04 |
| 12/17/10 | 000108 | UNITED STATES BANKRUPTCY COURT POST OFFICE BOX 26100 GREENSBORO, NC  27420-6100 | Adversary Filing Fee for Case No. 10-2023 and Case No. 10-2029 | | 500.00 | 35,384.04 |
| 12/17/10 | 000109 | HILL EVANS JORDAN & BEATTY POST OFFICE BOX 989 GREENSBORO, NC  27402 | Trustee's Attorneys' Compensation | | 12,858.50 | 22,525.54 |
| 12/17/10 | 000110 | EVERETT B. SASLOW, JR. P.O. BOX 989 GREENSBORO, NC  27402 | Chapter 7 Expenses | | 434.46 | 22,091.08 |
| 12/17/10 | 000111 | United Healthcare Insurance Company Rachel A. Smith Credit & Delinquency Management 6NB-B 450 Columbus Blvd. P.O.Box 150450 Hartford, CT 06115-0450 | First and Final Dividend of priority claim, claim No. 0397308 | | 3,863.13 | 18,227.95 |
| 12/17/10 | 000112 | Alamance County Tax Dept 124 West Elm Street Graham, NC 27253 | First and Final Dividend of priority claim; ID No. 56-1017743 | | 69.24 | 18,158.71 |
| 12/17/10 | 000113 | Internal Revenue Service P.O. Box 21126 | First and Final Dividend of priority claim; ID No. 56-1017743 | | 18,158.71 | 0.00 |

Exhibit B-Form 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 09-11144  -WLS | |
| Case Name: | KECK CO INC | |
| Taxpayer ID No: | *******7743 | |
| For Period Ending: | 03/14/11 | |

| | | |
|---|---|---|
| Trustee Name: | EVERETT B. SASLOW, JR. | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******0399  BofA - Checking Account | |
| Blanket Bond (per case limit): | $  1,698,900.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Philadelphia, PA 19114 | | | | |

**Exhibit B-Form 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

**Exhibit 9**

Case No:    09-11144  -WLS

Case Name:    KECK CO INC

Taxpayer ID No:    *******7743

For Period Ending:    03/14/11

Trustee Name:    EVERETT B. SASLOW, JR.

Bank Name:    BANK OF AMERICA, N.A.

Account Number / CD #:    *******0412  BofA - Checking Account

Blanket Bond (per case limit):  $  1,698,900.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 09/11/09 | | Transfer from Acct #*******0399 | Bank Funds Transfer | 173.72 | | 173.72 |
| 09/11/09 | 001001 | CITY OF BURLINGTON POST OFFICE BOX 1358 BURLINGTON, NC 27216 | Final water and sewer utility account billing: account # 18-281040-102 | | 93.58 | 80.14 |
| 09/11/09 | 001002 | CITY OF BURLINGTON POST OFFICE BOX 1358 BURLINGTON, NC 27216 | Final water and sewer utility account billing: account # 18-281050-052 | | 31.50 | 48.64 |
| 09/11/09 | 001003 | DUKE ENERGY POST OFFICE BOX 70516 CHARLOTTE, NC 28272-0516 | Final utility account billing; account # 1202595108 | | 48.64 | 0.00 |

**Total Of All Accounts        0.00**

Ver: 16.01c